IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD SHERROD, | ) |
| Plaintiff, | ) |
| vs. | ) NO. |
| CITY OF CHICAGO, a municipal corporation, POLICE OFFICER DARNELL CALHOUN, and POLICE OFFICER MELVIN ECTOR, | ) |
| Defendants. | ) |

JUDGE LINDBERG

04C 4627

MAGISTRATE JUDGE SCHENKIER

## COMPLAINT

NOW COMES the Plaintiff, DONALLD SHERROD, by and through his attorneys, CHARLES E. PINKSTON & ASSOCIATES, and complains of the Defendants, as follows:

### PRELIMINARY STATEMENT

1. This is an action seeking redress for the violation if rights guaranteed to the Plaintiff by 42. U.S.C. SECTION 1983, to be free from false arrest and false imprisonment.

### JURISDICTIONAL STATEMENT

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. SECTION 1343 to secure protection of and to redress deprivation of rights secured by 42 U.S.C. SECTION 1983.

## PARTIES

3. Plaintiff, DONALD SHERROD, is a legal resident of the United States who resides in Chicago, Illinois..

4. Defendant, CITY OF CHICAGO, is a Municipal Corporation.

5. Defendants, Melvin Ector, Star No. 4134, is a Chicago police officer who unlawfully arrested the Plaintiff.

6. Defendant, Darnell Calhoun, Star No. 4610, is a Chicago police officer who unlawfully arrested the Plaintiff.

## COUNT I

## FALSE IMPRISONMENT

7. Plaintiff incorporates paragraphs one through six above by reference as if fully set forth herein.

8. On August 5, 2001, in Chicago, Cook County, Illinois, Police Officers falsely, unlawfully and wrongfully, with force and against Plaintiff's will, arrested and imprisoned Plaintiff.

9. Plaintiff was deprived of his liberty for approximately one (1) year ten (10) months and thirty-two (32) days, to Plaintiff's damage

10. On August 5, 2001, in Chicago, Cook County, Illinois, Defendants, Chicago Police Officers Darnell Calhoun and Melvin Ector, maliciously contriving and intending to injure Plaintiff's good name and reputation, and in an attempt to bring Plaintiff into public disgrace, and to imprison Plaintiff for a lengthy period of time, took by force, physical custody of Plaintiff.

11. That although Plaintiff was arrested inside the apartment 907 at 4555 S. Federal Chicago, Illinois, Defendants' employees, falsely and maliciously, and without any probable or reasonable cause produced and created an arrest report and a vice case report that indicated that they arrested Plaintiff outside, on the first floor of said building for attempting to sell drugs to the officer and for allegedly being in possession of narcotics.

12. That despite the false assertions of Defendant Police Officer, Plaintiff could not have attempted to sell drugs to them because he had been arrested by the same officers just four (4) months prior for disorderly conduct at the same location. That as a result of said previous arrest, Plaintiff had knowledge that the Defendants were police officers and therefore could not have attempted to sell drugs to them as they alleged in their reports.

13. On June 11, 2003, after having been wrongfully imprisoned for approximately one (1) year ten (10) months and thirty-two (32) days, Plaintiff appeared before the court and through his attorney, presented evidence proving that Defendant deserved a new trial, which the Court granted. The new trial was held on January 26, 2004, at which time the Plaintiff was fully acquitted.

14. Plaintiff's reputation has been greatly injured by Defendant's actions. Plaintiff was brought into public disgrace among friends and other Illinois citizens. Some people, not knowing of Plaintiff's innocence, still believe or suspect that Plaintiff is guilty or drug possession, attempted delivery, and other disturbances.

15. Plaintiff suffered great anxiety, disgrace, mental anguish, humiliation, shock and pain of body and mind, was to these charges, and was prevented from transacting

business for a lengthy period of time.

16. That Plaintiff is entitled to punitive damages for the Defendant's malicious and intentional acts.

WHEREFORE, Plaintiff, DONALD SHERROD, respectfully requests that this Court enter judgment in his favor and against the Defendants, in an adequate and fair sum in excess of Two Hundred Thousand Dollars ($200,00.00) for compensatory damages, and One Million Dollars ($1,000,000.00) for punitive damages.

## COUNT II

## FALSE ARREST

1-16. Plaintiff re-alleges Paragraphs one through sixteen of Count I as Paragraphs one through sixteen of Count II and incorporates the same herein by reference.

17. Plaintiff's arrest was wholly without probable cause. Defendants Police Officers acted maliciously and intended to injure Plaintiff in causing the arrest.

18. Plaintiff suffered great humiliation, disgrace, mental anguish, physical discomfort and was forced to expend money to defend the arrest and prosecution.

19. That upon proper investigation, Defendants Unknown Police Officers could have determined the underlying charge for which Plaintiff was being arrested, was false and wholly contrived by defendant police officers and that there was no probable cause or basis whatsoever for his arrest.

20. That the wrongful and false arrest subsequently led to Plaintiff's lengthy wrongful and false imprisonment which caused Plaintiff to suffer the losses complained of herein.

21.     That the Defendant police officers knew that their actions were wrongful.

WHEREFORE, Plaintiff, DONALD SHERROD, respectfully requests that judgment be entered against Defendants, in an amount exceeding Two Hundred Thousand Dollars ($200,000.00), for compensatory damages and for punitive damages exceeding One Million Dollars ($1,000,000.00), plus costs.

PLAINTIFF DEMANDS TRIAL BY JURY.

DONALD SHERROD

By: *[signature]*
Charles E. Pinkston
One of His Attorneys

Charles E. Pinkston, Esq.
Charles E. Pinkston & Associates
155 N. Michigan Avenue, Suite 500
Chicago, Illinois 60601
(312) 565-1957
(312) 565-2016 (fax)

JS 44
(Rev. 12/96)



# CIVIL COVER SHEET

JUDGE LINDBERG
MAGISTRATE JUDGE SCHENKIE[R]

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

04C 4627

DONALD SHERROD

**DEFENDANTS**

CITY OF CHICAGO, a municipal corporati[on]
CHICAGO POLICE OFFICER DARNELL CALHOUN
CHICAGO POLICE OFFICER MELVIN ECTOR

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
CHARLES E PINKSTON    (312) 565-1957
PINKSTON & ASSOCIATES  Chgo. IL
155 N. Michigan #500,    60601

ATTORNEYS (IF KNOWN)
DOCKETED
JUL 15 2004

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINT[IFF] AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 140 Negotiable Instrument | | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to J[ustice] |
| ☐ 210 Land Condemnation | ☐ 442 Employment | HABEAS CORPUS: | | FEDERAL TAX SUITS | |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. 1983 FALSE ARREST AND FALSE IMPRISONMENT

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $ 1,200,000.00
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE

SIGNATURE OF ATTORNEY OF RECORD
Charles E Pinkston